63 So.2d 722

### Harold N. TINGLEY v. STATE.

### 6 Div. 536.

Supreme Court of Alabama.

Feb. 26, 1953.

G. Ernest Jones, Jr., Roderick Beddow, G. Ernest Jones and H. L. Anderton, all of Birmingham, for petitioner.

Si Garrett, Atty. Gen., opposed.

LAWSON, Justice.

Petition of Harold N. Tingley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tingley v. State, 36 Ala.App. 665, 63 So.2d 712.

Writ denied.

SIMPSON, STAKELY and MERRILL, JJ., concur.